# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 11cv60570

**The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE**

(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 11-CV-60570

FILED by BH D.C.
AUG 04 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

__Patrick Collins, Inc.__

Plaintiff(s)

v.

__John Does 1-18__

Defendant(s)

__Defendant's Motion to Quash__
(TITLE OF DOCUMENT)

I, __John Does 1-18__ plaintiff or defendant, in the above styled cause, hereby file this motion to Quash and state:

1. I have never downloaded nor recieved revenue for such material.

2. The subpoena is overly broad and vague, accordingly, the subpoena should be quashed.

**08/04/2011**
Dated: Month, day, year

Respectfully submitted,

**John Does 1-18**
Name of Filer

_____
Attorney Bar Number *(if applicable)*

_____
Attorney E-mail Address *(if applicable)*

_____
Firm Name *(if applicable)*

**1406 NW 34 St Apt. 2**
Street Address

**Miami, FL 33142**
City, State, Zip Code

Telephone: _____

Facsimile: _____

_____
Attorneys for Plaintiff/Defendant *[Party name(s)]*
*(if applicable)*

### Certificate of Service

**I hereby certify** that a true and correct copy of the foregoing was served by **Comcast** [specify method of service] on **08/04/2011** [date] on all counsel or parties of record on the Service List below.

_____
Signature of Filer